**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-cv-24345-WILLIAMS**

JOSE GALDAMEZ,

        Plaintiff,

v.

AVENTURA KOSHER KINGDOM, INC.,
a Florida Profit Corporation and
MICHAEL EINHORN, Individually.

        Defendants.

_____/

### DEFENDANTS' REMOVAL STATUS REPORT

Defendants, Aventura Kosher Kingdom, Inc. and Michael Einhorn ("Defendants"), by and through their undersigned counsel and pursuant to the Court's Notice of Court Practice in Removal Cases [D.E. 7], hereby file their Removal Status Report.

**A.**    **A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.**

On September 7, 2016, Plaintiff Jose Galdamez ("Plaintiff") filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned Jose Galdamez v. Aventura Kosher Kingdom, Inc., et al., (the "Circuit Court case"). The Circuit Court case was assigned case number 2016-023180-CA-01.

On October 12, 2016, Plaintiff filed an Amended Complaint alleging Defendants failed to pay him, and similarly situated individuals, overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. [DE 1-2, ¶¶ 1, 27, 35]. In the Amended Complaint, Plaintiff claims he is owed $12,480.00, in addition to attorneys' fees and costs.

CASE NO. 16-cv-24345-WILLIAMS

**B.   A plain statement of the grounds for removal and a list of all parties to the action, including parties to any third-party claim.**

      **1.   Grounds for Removal.**

Defendant has removed this action to the United States District Court for the Southern District of Florida based on its original jurisdiction, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, as this matter involves alleged violations of the FLSA, 29 U.S.C. § 201, et seq. See Complaint ("Wage and Hour Federal Statutory Violation").

      **2.   List of All Parties to the Action.**

           a.   Jose Galdamez, Plaintiff

           b.   Aventura Kosher Kingdom, Inc., Defendant

           c.   Michael Einhorn, Defendant

**C.   A list of all pending motions.**

There are no pending motions.

**D.   A brief statement by each Defendant explaining whether or not each has joined the notice of removal.**

Aventura Kosher Kingdom, Inc. has joined the notice of removal.

Michael Einhorn has joined the notice of removal.

**E.   A statement regarding whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.**

Plaintiff effectuated service on both Defendants on September 26, 2016.  Defendants' Notice of Removal was filed on October 13, 2016, which is within 30 days after Defendants' receipt of the pleading setting forth the claim for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b)(1).

CASE NO. 16-cv-24345-WILLIAMS

**F.     Compliance with Additional Requirements**

      Contemporaneously with this Removal Status Report, Defendants file their Notice with the Court including an index of the records (ordered chronologically) and proceedings from the underlying state court attaching each record as a separate exhibit.

      Defendants provided a copy of the Court's Notice of Court Practice in Removal Cases to Plaintiff's counsel on October 31, 2016.

Dated: November 7, 2016

Respectfully submitted,

By: s/Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail:*jennifer.schwartz@jacksonlewis.com*
Naveen Paul, Esq.
Florida Bar No. 98059
E-mail: *naveen.paul@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600
Facsimile:   305-373-4466
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of November 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on the counsel of record identified on the below Service List in the manner specified.

s/Naveen Paul
Naveen Paul, Esq.

CASE NO. 16-cv-24345-WILLIAMS

## <u>SERVICE LIST</u>

**United States District Court for the Southern District of Florida**
*Jose Galdamez v. Aventura Kosher Kingdom, Inc., et al.*

**Case No. 16-cv-24345-WILLIAMS**

| | |
|---|---|
| Jason S. Remer, Esq. (0165580) | Jennifer A. Schwartz, Esq. (502431) |
| E-mail: jremer@rgpattorneys.com | *Jennifer.schwartz@jacksonlewis.com* |
| Brody M. Shulman, Esq. (092044) | Naveen Paul, Esq. (98059) |
| E-mail: bshulman@rgpattorneys.com | *Naveen.paul@jacksonlewis.com* |
| | |
| REMER & GEORGES-PIERRE, PLLC | JACKSON LEWIS P.C. |
| 44 West Flagler Street, Suite 2200 | One Biscayne Tower, Suite 3500 |
| Miami, FL 33130 | 2 South Biscayne Boulevard |
| Telephone: (305) 416-5000 | Miami, Florida 33131 |
| Facsimile: (305) 416-5005 | Tel.:  (305) 577-7600 |
| | Fax:  (305) 373-4466 |

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANTS**